CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JAN - 3 2006

JOHN F. CORCORAN, CLERK
BY: /s/
    DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | |
|---|---|
| **BOBBY LEE CAMPBELL,**<br>Petitioner, | Civil Action No. 7:05CV00526 |
| v. | **FINAL ORDER** |
| **LISA EDWARDS,**<br>Respondent. | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

### ORDERED

that the respondent's motion to dismiss shall be **GRANTED** and the petition for a writ of habeas corpus filed by the petitioner shall be **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the petitioner and counsel of record for the respondent.

ENTER: This 3rd day of January, 2006.

/s/ Jackson L. Kiser
Senior United States District Judge